UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALINDER SINGH, | No. 1:26-cv-00480-DC-SCR |
| Petitioner, | |
| v. | ORDER |
| TIMOTHY S. ROBBINS, et al., | |
| Respondent. | |

Petitioner, an immigration detainee who is proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with relevant documents from his immigration A file. The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to show cause why the writ should not be granted by filing an answer/return no later than January 27, 2026 by 3:00 p.m. See 28 U.S.C. § 2243.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

1. The Clerk of the Court shall electronically serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

2. Respondents are directed to file an answer/return no later than 3:00 p.m. on January 27, 2026. Respondents need not include any documents relevant to the determination of the issues presented in the application unless they expressly challenge the authenticity of the records attached to petitioner's § 2241 application.

3. Due to the expedited nature of the briefing schedule set herein, all parties are directed to file their Consent or Decline of U.S. Magistrate Judge Jurisdiction by 3:00 p.m. on January 27, 2026.

4. Absent a further order of the court, the petition will be taken under submission after the expiration of this deadline.

5. In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, respondent shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court. See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

DATED: January 22, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE